CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

MAY 15 2008

JOHN F. CORCORAN, CLERK
BY: /s/ L. Bright
DEPUTY CLERK

AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 7:95CR00042-002 |
| Jessie James Haskins ) | USM No: 05231-084 |
| Date of Previous Judgment: December 6, 1995 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☒ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: ____ to ____ months   Amended Guideline Range: ____ to ____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
The defendant served his 120-month term of imprisonment in this case and began his term of supervised release on April 7, 2004. He subsequently violated the conditions of release and is currently serving his second revocation sentence. Pursuant to U.S.S.G. § 1B1.10, comment. (n. 4), he is ineligible for a reduction of his sentence under 18 U.S.C. § 3582(c) and the 2007 and 2008 amendments to the crack cocaine sentencing guidelines.

Except as provided above, all provisions of the judgment dated __12/06/1995__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 15, 2008

_/s/ James C. Turk_
Judge's signature

Effective Date: _____
(if different from order date)

James C. Turk, Senior United States District Judge
Printed name and title